No. 464. CLAYTON MARK & CO. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari granted.

*Albert R. Connelly, Thurlow M. Gordon, Edward H. Green* and *W. Denning Stewart* for petitioners. *Solicitor General Perlman* filed a memorandum stating that the Government did not oppose allowance of the petition.

*Certiorari Denied.* (*See also No. 298, Misc., supra.*)